961 Weigel Drive
Elmhurst, IL 60126



# REAFFIRMATION AGREEMENT

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF GREENBELT MARYLAND

Debtor's Name                                             Bankruptcy Case No. 05 16061
    ANTONIO & MONICA ADAMS 518202 19P

                                                                        Chapter 7

Creditor's Name & Address Household Finance Corporation III
                              961 WEIGEL DRIVE
                              ELMHURST, IL 60126

Instructions: 1) Attach a copy of all court judgements, security agreements, and evidence of their-perfection.
                2) File all the documents by mailing them or delivering them to the Clerk of the Bankruptcy Court.

### NOTICE TO DEBTOR:
This agreement **gives up the protection of your bankruptcy discharge** for this debt.

**As a result of this agreement, the creditor may be able to take your property or wages** if you do not pay the agreed amounts. The creditor may also act to collect the debt in other ways.

**You may rescind (cancel) this agreement at any time before the bankruptcy court enters a discharge order or within 60 days after this agreement is filed with the court, whichever is later,** by notifying the creditor that the agreement is cancelled.

**You are not required to enter this agreement by any law.** It is not required by the Bankruptcy Code, by any other law, or by any contract (except another reaffirmation agreement made in accordance with Bankruptcy Code § 524(c)).

**You are allowed to pay this debt without signing this agreement.** However, if you do not sign this agreement and are later unwilling or unable to pay the full amount, the creditor will not be able to collect it from you. The creditor also will not be allowed to take your property to pay the debt unless the creditor has a lien on that property.

If the creditor has a lien on your personal property, you may have a right to redeem the property and eliminate the lien by making a single payment to the creditor equal to the current value of the property, as agreed by the parties or determined by the court.

This agreement is not valid or binding unless it is filed with the clerk of the bankruptcy court. If you were not represented by an attorney during the negotiation of this reaffirmation agreement, the agreement cannot be enforced by the creditor unless 1) you have attended a reaffirmation hearing in the bankruptcy court, and 2) the agreement has been approved by the bankruptcy court. (Court approval is not required if this is a consumer debt secured by a mortgage or other lien on your real estate.)

961 Weigel Drive
Elmhurst, IL 60126



Debtor's Name                                                Bankruptcy Case No. 05 16061
    ANTONIO & MONICA ADAMS 518202 19P

                                                     Chapter 7

## REAFFIRMATION AGREEMENT
The debtor and creditor named above agree to reaffirm the debt described in this agreement as follows:

### THE DEBT

| | |
|---|---|
| Total Amount of Debt When Case was Filed | $ 16,255.71 |
| Total Amount of Debt Reaffirmed | $ 16,255.71 |
| **Above total includes the following:** | |
|     Interest Accrued to Date of Agreement | $ 0 |
|     Deferred Interest Accrued to Date of Agreement | $ 0 |
|     Attorney Fees | $ 0 |
|     Late Fees | $ 0 |
|     Other Expenses or Costs Relating to the Collection of Debt (Describe) | $ 0 |
| Annual Percentage Rate (APR) | 9.5% |
| Amount of Monthly Payment | $ 154.42 |
| Date Payments Start | 05/06/05 |
| Total Number of Payments to be made | REVOLVING |
| Total of Payments if paid according to schedule | REVOLVING |
| Date any Lien is to be released if paid according to schedule: | Lien will be released when account is paid in full. |

The Debtor agrees that any and all remedies available to the creditor under the security agreement remain available.

All additional Terms Agreed to by the Parties (if any):N/A
Interest will continue to accrue from the date the bankruptcy was filed.
This amount includes any optional insurance the customer still has in place. If the customer has Accidental & Health insurance, this amount will be reduced by the reduction in the premium amount listed on a subsequent statement.

Payments on this debt [were / were not] in default on the date on which this bankruptcy case was filed.

This agreement differs from the original agreement with the creditor as follows:
Original payment      $252.00      Modified payment      $154.42
Original interest        $16.900%     Modified interest      $9.5%
Original final pay date:   REV   Modified original final pay date:  REV

961 Weigel Drive
Elmhurst, IL 60126

 Member HSBC Group

---

Debtor's Name                                    Bankruptcy Case No. 05 16061

ANTONIO & MONICA ADAMS 518202 19P

Chapter 7

## CREDITOR'S STATEMENT CONCERNING AGREEMENT AND SECURITY/COLLATERAL (IF ANY)

Description of Collateral. If applicable, list manufacturer, year and model.

1609 SHADY GLEN DR  DISTRICT HGTS MD 20747

Value                               $ 230K

Basis or Source of Valuation        DEBTOR

Current Location and Use of Collateral   1609 SHADY GLEN DR  DISTRICT HGTS MD 20747

Expected Future Use of Collateral        RESIDENCE

Check Applicable Boxes:

☒   Any lien described herein is valid and perfected.

☐   This agreement is part of a settlement of a dispute regarding the dischargeability of this debt under section 523 of the Bankruptcy Code (11 U.S.C. § 523) or any other dispute.

The nature of dispute is N/A

## DEBTOR'S STATEMENT OF EFFECT OF AGREEMENT ON DEBTOR'S FINANCES

My Monthly Income (take home pay plus any other income received) is $_____

My current monthly expenses total $_____, not including any payment due under this agreement or any debt to be discharged in this bankruptcy case.

I believe this agreement [will / will not] impose an undue hardship on me or my dependents.

## DEBTOR'S STATEMENT CONCERNING DECISION TO REAFFIRM

I agree to reaffirm this debt because _Lower interest, lower payment installments_

I believe this agreement is in my best interest because _lower interest, lower payment installments_

961 Weigel Drive
Elmhurst, IL 60126

Member HSBC Group

Debtor's Name ADAMS

Bankruptcy Case No. 05 16061

Chapter 7

I [considered / did not consider] redeeming the collateral under section 722 of the Bankruptcy Code (11 U.S.C. § 722).

I chose not to redeem because _____

_____

I [was / was not] represented by an attorney during negotiations on this agreement.

### CERTIFICATION OF ATTACHMENTS

Any documents which created and perfected the security interest or lien [are / are not] attached.

[*If documents are not attached:*] The documents which created and perfected the security interest or lien are not attached because _____

_____

### SIGNATURES

_____
(Signature of Debtor)

Date: 4/12/05

_____
(Signature of Joint Debtor)

Date: 4/12/05

_____
(Name of Creditor) Household Finance Corp III

_____
(Signature of Creditor Representative) Gloria Reyes

Date: 4/15/05

### CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the debtor's; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

_____
(Signature of Debtor's Attorney, if any)

4/18/05
Date

12 120553 SO